United States District Court
Southern District of Texas
**ENTERED**
July 06, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MARTHA LUCRECIA GIRON DIAZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-2054 |
| vs. | § | |
| | § | |
| WARDEN, Houston Contract Detention | § | |
| Facility, *et al.*, | § | |
| | § | |
| Respondents. | § | |
| | § | |

**ORDER**

The petitioner is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials.  The petitioner has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging their continued detention.  The petitioner is detained under 8 U.S.C. § 1225(b)(2)(A) and has been detained for more than 90 days.  The petitioner is entitled to a bond hearing.  *See Banegas Avila v. Frink*, No. CV H-26-916, 2026 WL 976144, at *5 (S.D. Tex. Apr. 10, 2026); *Sosnava Rodriguez v. Ortega*, No. 26-50183, 2026 WL 1906557 (5th Cir. July 2, 2026).

It is **ordered** that the respondents will release the petitioner from custody unless the government provides a bond hearing by **July 13, 2026**.  If a bond hearing is held the government "must articulate an individualized justification for further detention without bond." *Sosnava Rodriguez*, 2026 WL 1906557, at *16.  The parties must **confer** and **file** a joint update with the court by **July 15, 2026**, informing the court of the result of any hearing, and the petitioner's custody status.  The respondents' motion for summary judgment (Docket Entry No. 5) is **denied** and the

petition for a writ of habeas corpus is **granted in part**.

SIGNED on July 6, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge